IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER COTTLE | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 23-743 |
| | : | |
| LIEUTENANT RANDALL, SUPERINTENDENT J. TERRA, CAPTAIN K. YOUNG, C.O. GOURDINE, C.O. PARKER, C.O. CARTER, C.O. JOHN DOE, NURSE JOHN DOE, NURSE JANE DOE | : : : : : : | |

# ORDER

**AND NOW**, this 21st day of April 2023, following yesterday's initial pretrial conference where counsel requested the entry of an Order under Federal Rule of Evidence 502(d), it is **ORDERED** a party's disclosure in this litigation of a communication or information covered by the attorney-client privilege or entitled to work-product protection does not constitute a waiver of such privilege or protection either in this litigation or in any other federal or state proceeding.

_____
**KEARNEY, J.**