IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER COTTLE | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 23-743 |
| | : | |
| LIEUTENANT RANDALL, SUPERINTENDENT J. TERRA, CAPTAIN K. YOUNG, C.O. GOURDINE, C.O. PARKER, C.O. CARTER, C.O. JOHN DOE, NURSE JOHN DOE, NURSE JANE DOE | : : : : : : | |

## ORDER

AND NOW, this 1st day of June 2023, upon considering the Defendants' Memorandum (ECF Doc. No. 34) responsive to our May 17, 2023 Order (ECF Doc. No. 33), and noting counsel provided the proposed redacted documents to Chambers on May 16, 2023 and May 30, 2023 with different Bates numbering including different documents sharing the same Bates number, it is **ORDERED**:

1. Defendants' Memorandum (ECF Doc. No. 34) is **STRICKEN**;

2. Defendants shall, on or before **June 6, 2023,**

   a. combine and consecutively paginate the documents with proposed redactions from the May 16, 2023 and May 30, 2023 production without duplication of a document or Bates number;

   b. re-file its Memorandum (ECF Doc. No. 34) properly citing to the new consecutive Bates numbering; and,

   c. email and hand deliver the corrected proposed redacted Exhibits.

KEARNEY, J.