IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER COTTLE | : CIVIL ACTION |
| | : |
| v. | : NO. 23-743 |
| | : |
| LIEUTENANT RANDALL, SUPERINTENDENT J. TERRA, CAPTAIN K. YOUNG, C.O. GOURDINE, C.O. PARKER, C.O. CARTER, C.O. JOHN DOE, NURSE JOHN DOE, NURSE JANE DOE | : : : : : |

# ORDER

**AND NOW**, this 14th day of August 2023, upon reviewing Defendants' noncompliant Statement of Undisputed Material Facts (ECF No. 51), Appendix (ECF Nos. 51-1 to 51-5), and Memorandum (ECF No. 52, pp. 4-15) combined with other filings in support of their timely Motion for summary judgment (ECF No. 52, pp. 1-3), it is **ORDERED**:

1. Defendants' Memorandum (ECF No. 52, pp. 4-15), Statement of Undisputed Material Facts (ECF No. 51), and Appendix (ECF Nos. 51-1 to 51-5) are **STRICKEN** as non-compliant with our Policies (May 2023) requiring a separate Bates stamped non-duplicative Appendix with sequential pagination and thus citing improper Appendix pages in the Statement of Undisputed Material Facts (ECF No. 51), failing to include specific references to the record supporting each statement of material fact in support of summary judgment and citation to the sources relied upon for each stated fact as required by our Policies (V.);

2. We grant Defendants leave to file a compliant separate Memorandum, Statement of Undisputed Material Facts, and Appendix in support of their timely Motion no later than **August 16, 2023**; and,

3. Nothing in this Order affects Plaintiff's right to respond to the timely filed Motion (ECF No. 52, pp. 1-3) compliant with our Policies no later than **August 28, 2023**.

KEARNEY, J.