IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER COTTLE | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 23-743 |
| | : | |
| LIEUTENANT RANDALL, SUPERINTENDENT J. TERRA, CAPTAIN K. YOUNG, C.O. GOURDINE, C.O. PARKER, C.O. CARTER, C.O. JOHN DOE, NURSE JOHN DOE, NURSE JANE DOE | : | |

## ORDER

AND NOW, this 15th day of August 2023, upon reviewing Defendants' noncompliant refiled Statement of Undisputed Material Facts (ECF No. 55), Appendix (ECF No. 54), and Memorandum (ECF No. 56) filed in support of their timely Motion for summary judgment (ECF No. 52) but again failing to comply with our Policies and Procedures by not providing an Appendix with sequentially numbered pages, it is **ORDERED**:

1. Defendants' Memorandum (ECF No. 56), Statement of Undisputed Material Facts (ECF No. 55), and Appendix (ECF No. 54) are **STRICKEN**;

2. We remind counsel all pages of the Appendix must be consecutively "Bates stamped" from beginning to end as required by our Policies (V.);

3. We grant Defendants leave to file a compliant separate Memorandum, Statement of Undisputed Material Facts, and Appendix in support of their timely Motion no later than **August 16, 2023**; and,

4. Nothing in this Order affects Plaintiff's right to respond to the timely filed Motion (ECF No. 52) compliant with our Policies no later than **August 28, 2023.**

_____
KEARNEY, J.