IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

CHRISTOPHER COTTLE,

    Plaintiff,

    v.

OFFICER RANDALL, *et. al.*

Defendants.
_____

CIVIL ACTION

No. 23-cv-743

**ORDER**

AND NOW, this ___ day of August 2023, upon consideration of Defendants' Motion to extend the time with which to submit a Revised Statement of Facts in Support of Motion for Summary Judgment, it is ORDERED and DECREED that the Motion is GRANTED. The Defendants are permitted to submit a Revised Statement of Facts in Support of Motion for Summary Judgment by August 22, 2023.

BY THE COURT:

_____
Kearney, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER COTTLE, | : |
| Plaintiff, | :  CIVIL ACTION |
| v. | :  No. 23-cv-743 |
| OFFICER RANDALL, *et. al.* | : |
| Defendants. | : |

**DEFENDANTS' MOTION TO EXTEND TIME TO FILE REVISED STATEMENT OF FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Defendants Randall, Little, Young, Carter, Parker, Gourdine, and Terra, by counsel, hereby move this Court pursuant to Federal Rule of Civil Procedure 30 to extend the time with which to submit a Revised Statement of Facts in Support of Motion for Summary Judgment.

Dated: August 16, 2023        Respectfully submitted,

MICHELLE A. HENRY
Attorney General

COMMONWEALTH OF PENNSYLVANIA        BY: /s/ Sarina Kaplan
OFFICE OF ATTORNEY GENERAL          Sarina Kaplan (Pa. No. 209738)
The Phoenix Building                Deputy Attorney General
1600 Arch St., 3rd Floor
Philadelphia, PA 19103              KAREN M. ROMANO
Telephone: (267) 768-3964           Chief Deputy Attorney General
Fax: (717) 772-4526                 Civil Litigation Section
skaplan@attorneygeneral.gov

1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER COTTLE, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | No. 23-cv-743 |
| OFFICER RANDALL, *et. al.* | : | |
| Defendants. | : | |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION
TO EXTEND THE TIME TO SUBMIT A REVISED STATEMENT OF FACTS IN
SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Defendants Randall, Little, Young, Carter, Parker, Gourdine, and Terra, by counsel, respectfully submit this memorandum of law in support of their Motion to extend the time with which to submit a Revised Statement of Material Facts.

**I.   FACTS**

Defendants filed a timely Motion for Summary Judgment with an accompanying Statement of Facts on Saturday, August 12, 2023, ahead of the deadline of August 14, 2023, because the undersigned had a pre-planned and pre-paid family trip, beginning on August 14, 2023, until Friday, August 18, 2023.  ECF 28.

On Monday, August 14, 2023, while out of the country, the undersigned counsel was notified by Court Order that the pagination of the exhibits contained in Defendants' Motion for Summary Judgment was not compliant with His Honor's Policies and Procedures.  ECF 53.  The undersigned attempted to fix the problem while working remotely, but unfortunately, had an

2

extremely difficult time with this task because of limited working conditions and available resources. ECF 54, 55 and 56. As a result, the undersigned counsel was notified by Court Order that the pagination of Defendants' exhibits was regrettably still not compliant with His Honor's Policies and Procedures. ECF 57. In the Court's Order, the Court graciously permitted Defendants time to correct the pagination; however, provided until August 16, 2023, to do so. The undersigned counsel is still out of the country on this date.

**II.    ARGUMENT**

A court has the authority under the Rules of Civil Procedure, for good cause, to extend the time by which a party must act pursuant to court order. Fed. R. Civ. P. 6(b). Here, there is good cause to permit Defendants until August 22, to file a revised Statement of Facts in Support of their Motion for Summary Judgement. The undersigned counsel is out of the country on a family vacation and will be much better equipped to provide a revised set of exhibits, compliant with His Honor's Policies and Procedures once counsel is back in the country.

**III.   CONCLUSION**

Wherefore, Defendants Randall, Little, Young, Carter, Parker, Gourdine, and Terra, respectfully request that the Court grant their application to extend the time to file a revised set of exhibits until Tuesday, August 22, 2023.

Dated: August 16, 2023                                   Respectfully submitted,

                                                         MICHELLE A. HENRY
                                                         Attorney General

COMMONWEALTH OF PENNSYLVANIA        BY: /s/ Sarina Kaplan
OFFICE OF ATTORNEY GENERAL            Sarina Kaplan (Pa. No. 209738)
The Phoenix Building                                 Senior Deputy Attorney General
1600 Arch St., 3rd Floor
Philadelphia, PA 19103
Telephone:  (267) 768-3964                     KAREN M. ROMANO
Fax:  (717) 772-4526                                      Chief Deputy Attorney General
skaplan@attorneygeneral.gov                    Civil Litigation Section

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| CHRISTOPHER COTTLE, : | |
| Plaintiff, : | CIVIL ACTION |
| v. : | No. 23-cv-743 |
| OFFICER RANDALL, *et. al.* : | |
| Defendants. : | |

**CERTIFICATE OF SERVICE**

I, Sarina M. Kaplan, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on August 16, 2023, a true and correct copy of the foregoing Motion to Extend Time to File Revised Exhibits in Support of Motion for Summary Judgment, and memorandum of law in support, has been filed electronically and is available for viewing and downloading from the Court's Electronic Case Filing System.

By: *s/ Sarina Kaplan*
Sarina Kaplan
Senior Deputy Attorney General
Attorney I.D. No. 209738

Karen M. Romano
Chief Deputy Attorney General
Civil Litigation Section

Office of Attorney General
1600 Arch St., Suite 300
Philadelphia, PA 19103
Phone: (267) 768-3964
Fax:    (717) 772-4526
skaplan@attorneygeneral.gov

5