# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER COTTLE** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 23-743** |
| | : | |
| **LIEUTENANT RANDALL,** | : | |
| **SUPERINTENDENT J. TERRA,** | : | |
| **CAPTAIN K. YOUNG, C.O.** | : | |
| **GOURDINE, C.O. PARKER, C.O.** | : | |
| **CARTER, C.O. JOHN DOE, NURSE** | : | |
| **JOHN DOE, NURSE JANE DOE** | : | |

## ORDER

**AND NOW**, this 16th day of August 2023, upon considering Defendants' Motion (ECF No. 58) for an extension of time to comply with our August 15, 2023 Order (ECF No. 57), and for good cause, it is **ORDERED** Defendants' Motion (ECF No. 58) is **GRANTED** allowing Defendants to comply with our August 15, 2023 Order (ECF No. 57) by no later than **August 22, 2023** with all other obligations remaining in effect.

**KEARNEY, J.**